IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jacqueline Watts, | NO. C 09-03099 JW |
| Plaintiff, | NO. C 09-03241 JW |
| v. | **ORDER OF DISMISSAL** |
| The San Mateo County Counsel Agency, et al., / | |
| East Palo Alto City Attorney, et al., | |
| Defendants. / | |

On October 22, 2009, the Court issued an order Adopting Report and Recommendation of Magistrate Judge in both cases. The Order required Plaintiff to file an Amended Complaint on or before November 6, 2009. To date, nearly six months later, Plaintiff has neither filed her Amended Complaint or otherwise communicated with the Court.

In its Order, the Court clearly warned Plaintiff that, "failure to comply with the terms of this Order may result in sanctions, including dismissal with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute." It appears that Plaintiff has abandoned both cases. In light of Plaintiff's failure to comply with the Court's Order to prosecute her actions, the Court DISMISSES both actions pursuant to Fed. R. Civ. P. 41(b).

The Clerk shall close both cases.

Dated: May 5, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jacqueline Watts
Post Office Box 213
Palo Alto, CA 94302

| | |
|---|---|
| **Dated: May 5, 2010** | **Richard W. Wieking, Clerk** |
| | **By:    /s/ JW Chambers**<br>          **Elizabeth Garcia**<br>          **Courtroom Deputy** |